UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE CO.,

                Plaintiff,

-v-

ORR BUILDERS,

                Defendant.

CIVIL ACTION NO.: 25 Civ. 3623 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As Defendant was served with a summons and Complaint on May 8, 2025 (ECF No. 7), Defendant's response to the complaint was due on May 29, 2025. As a one-time courtesy, the Court sua sponte EXTENDS Defendant's deadline to respond to the Complaint until **Monday, June 9, 2025**. Defendant is warned that failure to respond to the Complaint by the extended deadline may result in an Order directing Plaintiff to initiate default proceedings.

Dated:     New York, New York
            May 30, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**