UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE CO.,

                            Plaintiff,

          -v-

ORR BUILDERS,

                            Defendant.

CIVIL ACTION NO.: 25 Civ. 3623 (DEH) (SLC)

**ORDER TO INITIATE DEFAULT
PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant, having been served with a summons and Complaint on May 8, 2025 (ECF No. 7), was required to respond to the Complaint by June 9, 2025.  On May 30, 2025, as a courtesy, the Court sua sponte extended defendant's deadline to respond to the Complaint until June 9, 2025 (ECF No. 9).  To date, no Answer has been filed on the docket despite the Court's warning to defendant in the Order dated May 30, 2025 that the Court may direct Plaintiff to initiate default proceedings against Defendant if no Answer is filed by June 9, 2025.  Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Tuesday, June 17, 2025** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Dale E. Ho, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Tuesday June 24, 2025.**

Dated:        New York, New York
              June 10, 2025

                            SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge