

**ANDREW FURMAN**
Direct Dial: (212) 574-4119
afurman@chartwelllaw.com

Reply To: New York Office
One Battery Park Plaza, Suite 710
New York, NY 10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

June 23, 2025

<u>Via ECF</u>

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

     Re:    <u>Mt. Hawley Insurance Company  v. Orr Builders</u>
               Civil Action No.: 25-CV-03623 [DEH][SLC]

Dear Judge Cave:

     Plaintiff, Mt Hawley Insurance Company ("Mt. Hawley"), writes in accordance with Rule 1(D) of Your Honor's Individual Practices in Civil Cases to request that Your Honor extend Mt. Hawley's time to submit its Motion for Default Judgment against defendant, Orr Builder ("Orr") for two weeks. Pursuant to Your Honor's Order, dated June 10, 2025 ([ECF Doc. No. 10](#)), Mt. Hawley's Motion for Default Judgment is due on June 24, 2025. Mt. Hawley requests an extension until July 8, 2025.

     The reason for this request is that due to the Federal holiday last week and the attorneys' vacation schedules, Mt. Hawley requires additional time to prepare the motion papers. Mt. Hawley has not been able to obtain the consent of Orr since it has not appeared in this action.

---

Plaintiff's request at EF No. 14 is GRANTED. Plaintiff shall file their motion for default judgment by **Tuesday, July 8, 2025.**

The Clerk of the Court is respectfully directed to close ECF No. 14.

SO ORDERED    6/24/25

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

WWW.CHARTWELLLAW.COM

Hon. Sarah L. Cave, USMJ
June 23, 2025
Page **2** of **2**

  We thank Your Honor for Your attention to this matter.

            Very truly yours,

       **CHARTWELL LAW**


    By:  /s/ Andrew Furman
        Andrew Furman, Esq.
        *Attorneys for Plaintiff*
        *Mt. Hawley Insurance Company*
        One Battery Park Plaza, Suite 710
        New York, New York 10004
        P: (212) 968-2300
        afurman@chartwelllaw.com