

**ANDREW FURMAN**
Direct Dial: (212) 574-4119
afurman@chartwelllaw.com

**Reply To: New York Office**
One Battery Park Plaza, Suite 710
New York, NY  10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

July 3, 2025

**Via ECF**

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

        Re:    Mt. Hawley Insurance Company  v. Orr Builders
                Civil Action No.: 25-CV-03623 [DEH][SLC]

Dear Judge Cave:

        Plaintiff, Mt Hawley Insurance Company ("Mt. Hawley"), writes in accordance with Rule 1(D) of Your Honor's Individual Practices in Civil Cases to request that Your Honor extend Mt. Hawley's time to submit its Motion for Default Judgment against defendant, Orr Builder ("Orr") for two weeks. This is Mt. Hawley's second request for an extension. Pursuant to Your Honor's Order, dated June 24, 2025 (ECF Doc. No. 15), Mt. Hawley's time to move for a default was extended until July 8, 2025. Mt. Hawley now requests an additional two weeks, or until July 22, 2025.

        The reason for this request is that following our last request for an extension, we have been in contact with Orr to potentially resolve some of the coverage issues raised in this lawsuit. Therefore, Mt. Hawley requests an additional two weeks to allow the parties to continue these discussions and hopefully reach a resolution without the need for motion practice.

Plaintiff's request at ECF No. 16 is GRANTED. Plaintiff shall file their motion for default judgment, or in the alternative, a status letter by **Tuesday, July 22, 2025.**

The Clerk of the Court is respectfully directed to close ECF No. 16.

SO ORDERED 7/7/25

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge

Hon. Sarah L. Cave, USMJ
July 3, 2025
Page **2** of **2**

We thank Your Honor for Your attention to this matter.

Very truly yours,

**CHARTWELL LAW**

By:     /s/ Andrew Furman
          Andrew Furman, Esq.
          *Attorneys for Plaintiff*
          *Mt. Hawley Insurance Company*
          One Battery Park Plaza, Suite 710
          New York, New York 10004
          P: (212) 968-2300
          afurman@chartwelllaw.com