UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MT. HAWLEY INSURANCE COMPANY,

                Plaintiff,

   -against-

ORR BUILDERS,

                Defendant.
-----------------------------------------------------------x

Case No.: 25-CV-03623 (DEH)(SLC)

**~~PROPOSED~~ DEFAULT JUDGMENT ORDER**

This Court having conducted a hearing on ___August 12___, 2025 on the motion for default judgment by plaintiff, Mt. Hawley Insurance Company ("Mt. Hawley") against defendant, Orr Builders ("Orr"), based on Orr's failure to answer, move, or otherwise appear in this action, and upon consideration of the documents submitted in connection with the motion, including the Declaration in Support of Motion for Default Judgment, dated July 22, 2025, and the exhibits annexed thereto, the Memorandum of Law in Support of Motion for Default Judgment, dated July 22, 2025, and the Proposed Default Judgment Order, and having determined that Mt. Hawley has established its entitlement to a default judgment, the motion is GRANTED, and it is hereby ORDERED, ADJUDGED, AND DECLARED that Mt. Hawley has no duty to defend or indemnify Orr in connection with the claims asserted against it by Desert Jet Center, LLC ("Desert Jet") relating to Orr's allegedly faulty construction work at the premises located at 56600 Invader Avenue, Thermal, California 92274 (the "Premises"), including in an arbitration pending before JAMS, County of Riverside, State of California, Judicial Reference No. 1200057153 (the "Proceeding").

**SO ORDERED**: this 12th day of ___August___, 2025.

                                                  _____
                                                     DALE E. HO
                                                 UNITED STATES DISTRICT JUDGE